UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

UNITED STATES OF AMERICA,           CASE NO.: 07-20708-CR-Huck
        Plaintiff,

vs.

                                                ORDER

BOBBY SANDERS,

        Defendant.
_____/

        This matter came on for hearing on defendant Bobby Sander's Report and Request for discharge of bond and the court having reviewed the file, including previous orders and being otherwise fully informed

        IT IS HEREBY ORDERED that:

1. The clerk of courts shall retain the sum of $20,000.00 from the posted bond to satisfy the judgment of this court dated January 2, 2008.

2. The clerk shall retain an additional $20,000.00 from the within bond to be released upon the completion the guardianship and trust in favor of Frank Overstreet, Jr. presently being completed in In Re: Guardianship of Frank Overstreet, Jr., Miami-Dade Circuit Court Case No: 08-607(04)). The guardianship proceeding shall be completed by May 31, 2008. Counsel shall report to the court prior to May 31, 2008 if the guardianship has not been completed.

3. In addition to the sum set forth above, the clerk shall also retain the sum of $200.00 as further ordered as the required special assessment pursuant to 18 U.S.C. §3013 for the 2 counts upon which the defendant was convicted.

1

4. The balance of the bond, One-Hundred-Fifty-Nine-Thousand-Eight-Hundred dollars ($159,800.00), plus interest, shall be discharged to the defendant, Bobby Sanders, or his assigns.

DONE AND ORDERED in chambers this 23 day of April, 2008.

                                               UNITED STATES DISTRICT COURT JUDGE

cc.: all parties

2