UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 07-20708-CR-PCH

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

BOBBY SANDERS,
    Defendants.
_____/

## ORDER GRANTING ADDITIONAL TIME FOR GUARDIANSHIP COMPLETION

THIS MATTER came before this Court by virtue of Report to Court, Request For Additional Time for Guardianship Completion (D.E. #99) filed on June 30, 2008. After careful consideration of the Report, it is hereby,

ORDERED AND ADJUDGED that the Defendant's Request for Additional Time for Guardianship Completion is GRANTED. Defendant shall complete the Guardianship on or before 5:00 p.m. on Tuesday, September 2, 2008.

DONE AND ORDERED in chambers in Miami, Florida this 2nd day of July, 2008.

PAUL C. HUCK
U.S. DISTRICT COURT JUDGE

cc: All counsel of record